# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**ROBERT COCKHILL; and ASHLEY**                         **PLAINTIFFS**
**COCKHILL, Individually and as Parent**
**and Next Friends of B.C. and G.C., Minors**

**VS.**                                  **CIVIL ACTION NO. 3:23-cv-00266-DPJ-ASH**

**BILLY COLE, II; and TYSON FOODS, INC.**                 **DEFENDANTS**

## AGREED ORDER AND JUDGMENT OF DISMISSAL

This cause came on for consideration this day on the joint *ore tenus* motion of Plaintiffs Robert Cockhill and Ashley Cockhill, Individually and as Parent and Next Friends of B.C. and G.C., Minors (collectively "Plaintiffs") and Defendants Billy Cole, II and Tyson Foods, Inc. (collectively, "Defendants"), requesting this Court to dismiss all of Plaintiffs' claims against Defendants with prejudice. Having considered the motion, and being otherwise fully informed in the premises, the Court finds that the motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that all of the claims of Plaintiffs Robert Cockhill and Ashley Cockhill, Individually and as Parent and Next Friends of B.C. and G.C., Minors against Billy Cole, II and Tyson Foods, Inc. are hereby dismissed with prejudice and that these parties shall bear their own costs, including without limitation attorneys' fees and other costs and expenses of litigation.

**SO ORDERED AND ADJUDGED** this the 28th day of February, 2025.

                                            s/ *Daniel P. Jordan III*
                                            UNITED STATES DISTRICT JUDGE

AGREED:

<u>Trey Jones</u>
William Trey Jones, III, MSB #99184
Norman E. Bailey, Jr., MSB #100053
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
P.O. Drawer 119
Jackson, MS 39205-0119
Telephone: (601) 948-3101
Facsimile: (601) 960-6902
tjones@brunini.com
bbailey@brunini.com

*Attorneys for Billy Cole II and Tyson Foods, Inc.*

<u>Derek Fairchilds</u>
Derek Fairchilds, MSB #104730
Nahan, Saharovich & Trotz, PLC
488 South Mendenhall
Memphis, TN 38117
Telephone: (901)259-0415
Dfairchilds@nstlaw.com

*Attorneys for Robert Cockhill and
Ashley Cockhill, Individually and
as Parent and Next Friends of B.C.
and G.C., Minors*